

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700    (973)645-2700
Newark, NJ 07102

HAND DELIVERY & E-FILE

# ORDER ON ORAL MOTION

February 20, 2008

Hon. Claire C. Cecchi
United States Magistrate Judge
Martin Luther King Jr. Federal Bldg.
50 Walnut Street
Newark, New Jersey 07101

    Re:   Rivers v. Potter
           Civil Action No. 05-4868 (JLL)

Dear Judge Cecchi:

    As you are aware, there is a final pretrial conference scheduled in the above-referenced matter for February 27, 2008. I am requesting that the conference be postponed for a week or two because I have not yet received the draft pretrial submissions of the plaintiff and have further been advised that I will not receive them until the end of the week.

    As the Court is aware, the normal sequence in preparing the Joint Final Pretrial Order is that the plaintiff will prepare a draft of his sections and then forward it to the defendant for preparation and inclusion of his sections. While I have begun work on defendant's sections of the pretrial order, I simply do not see how we will be able to put together the entire order and have it to the Court in advance of the conference if I have not yet received anything from plaintiff.

2

Thank you for your kind consideration.

                              Very truly yours,

                              CHRISTOPHER J. CHRISTIE
                              United States Attorney

                              s/James B. Clark III

                    By:  JAMES B. CLARK III
                         Assistant U.S. Attorney

cc:  Christopher C. Roberts, Esq. (First Class Mail)
    7 Glenwood Avenue, Suite 108
    East Orange, New Jersey 07017

    Maureen O'Sullivan Briody (First Class Mail)
    Staff Attorney
    Law Department - NY Metro Office
    90 Church Street, Ste. 3300
    New York, New York 10007-5470

*The final pretrial conference in this matter is adjourned from February 27, 2008 to April 17, 2008 at 11:30 a.m.*

SO ORDERED
s/Claire C. Cecchi

Claire C. Cecchi, U.S.M.J.

Date: 2/20/08